# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 12, 2021

*By the Court:*

No. 19-2523

| | |
|---|---|
| BRIAN HOPE, *et al.*, | Appeal from the United States District Court |
|     *Plaintiffs-Appellees*, | for the Southern District of Indiana, |
| | Indianapolis Division. |
|     *v.* | |
| | No. 1:16-cv-02865-RLY-TAB |
| COMMISSIONER OF INDIANA DEPARTMENT | |
| OF CORRECTION, *et al.*, | Richard L. Young, |
|     *Defendants-Appellants*. | *Judge*. |

**O R D E R**

Defendants-Appellants' petition for rehearing en banc is **GRANTED**. The panel's opinion and judgment issued January 6, 2021 are **VACATED**. By separate order, the court will set a date for oral argument en banc.